IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME MILLER, JR., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 21-2308 |
| v. | : | |
| | : | |
| SAWA TRANSPORTATION INC., | : | |
| et al., | | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 27th day of September, 2021, it is **ORDERED** that Defendants' motion to transfer venue (ECF No. 11) is **GRANTED** and the case is **TRANSFERRED** to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1406(a).

    s/ANITA B. BRODY, J.\_\_\_\_\_
    ANITA B. BRODY, J.

Copies **VIA ECF** on

1